1
2
3
4                    UNITED STATES DISTRICT COURT
5                         DISTRICT OF NEVADA
6                               * * *
7   PEDRO DELGADO,                        Case No. 2:21-CV-1246 JCM (BNW)
8                          Plaintiff(s),                    ORDER
9          v.
10  PINK JEEP TOURS NEVADA, INC.,
11                        Defendant(s).
12
13         Presently before the court is defendant and Nevada citizen Pink Jeep Tour Nevada

14  Inc.'s motion to remand.  (ECF No. 5).  It moves to remand just days after it removed this

15  case.  That is because a diversity case like this one cannot be removed if "any of the parties

16  in interest properly joined and served as defendants is a citizen of the [s]tate in which such

17  action is brought."  28 U.S.C. § 1441(b)(2).  Pink Jeep Tour Nevada preemptively admits

18  that its removal violates the forum defendant rule.  (ECF No. 5 at 3).

19         Accordingly,

20         IT IS HEREBY ORDERED, ADJUDGED, and DECREED that Pink Jeep Tour

21  Nevada's motion to remand (ECF No. 5) be, and the same hereby is, GRANTED.  The clerk

22  shall REMAND this case back to the Eighth Judicial District Court for Clark County,

23  Nevada, Case No. A-21-835744-C, and CLOSE this case.

24         DATED July 8, 2021.

25                                          _____
26                                          UNITED STATES DISTRICT JUDGE
27
28

**James C. Mahan**
**U.S. District Judge**